## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WESLEY C. JONES, AIS 205738, | : |
| Petitioner, | : |
| vs. | :     CA 07-0197-KD-C |
| JERRY FERRELL, | : |
| Respondent. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 16, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 10<u>th</u> day of September, 2007.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**